[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-15565
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 17, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-00007-CR-WLS-7

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEON BERNARD SPIKES, SR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(June 17, 2010)

Before EDMONDSON, BARKETT and FAY, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Leon Bernard Spikes, Sr., in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Spikes's conviction and sentence are **AFFIRMED**.